UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cv-60393-LEIBOWITZ/STRAUSS

**DEMETRIUS CROSS**,

    *Plaintiff*,

v.

**JERMAINE JOHNSON,** *et al.*,

    *Defendants*.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

THIS MATTER was referred to United States Magistrate Judge Jared M. Strauss for resolution on Defendant Jermaine Johnson's Motion for Attorney's Fees (the "Motion") [ECF No. 77]. [ECF No. 78]. Judge Strauss has since issued a report, recommending that the Court deny the Motion. [ECF No. 79]. Neither party has submitted objections, and the time to do so has passed. After careful review of the filings, the applicable law, and the record, the Court adopts Judge Strauss' report and recommendation in its entirety.

"In order to challenge the findings and recommendations of the magistrate judge, a party must file written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006) (cleaned up). The objections must also present "supporting legal authority." S.D. Fla. L. Mag. J.R. 4(b). Once a district court receives "objections meeting the specificity requirement set out above," it must "make a *de novo* determination of those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." *Macort*, 208 F. App'x at 783–84 (cleaned up). To

the extent a party fails to object to parts of the magistrate judge's report, those portions are reviewed for clear error. *Id.* at 784 (cleaned up).

The parties have not submitted any objections to Judge Strauss' Report and Recommendation, and the time to do so has passed. As such, the Court has reviewed the Report and Recommendation for clear error only. Upon this review, the Court finds not only no clear error but also notes that Judge Strauss' Report and Recommendation is thorough, cogent, and compelling. The Court adopts the Report and Recommendation in its entirety.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. Magistrate Judge Strauss' Report and Recommendation [**ECF No. 79**] is **AFFIRMED AND ADOPTED**.

2. Defendant Jermaine Johnson's Motion for Attorney's Fees [**ECF No. 77**] is **DENIED**.

**DONE AND ORDERED** in the Southern District of Florida on October 21, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record